JOHN J. SCHWARZ, PETITIONER-PETITIONER, v. FED-
ERAL SHIPBUILDING AND DRY DOCK COMPANY, RE-
SPONDENT-RESPONDENT.

See same case below: 29 *N. J. Super.* 374.

*Mr. Mortimer Wald* for the petitioner.

*Messrs. Stryker, Tams & Horner, Mr. William L. Dill, Jr.,*
and *Mr. John J. Monigan, Jr.,* for the respondent.

May 3, 1954. Granted.

SUN DIAL CORPORATION, PLAINTIFF-RESPONDENT, v.
CARL D. RIDEOUT, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 29 *N. J. Super.* 361.

*Messrs. Van Riper & Belmont* for the petitioners.

*Messrs. Davidson & Miniutti* and *Mr. Ira Milton Jones*.
for the respondent.

May 3, 1954. Granted.